UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DAVID MORGAN and ANGIE MORGAN, Individually and as Next Friends of JACOB MORGAN, a minor,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC. and PRECISION SHOOTING EQUIPMENT, INC. a/k/a PSE ARCHERY,<br><br>Defendants. | <br><br><br><br><br><br>CASE NO.: 2:18-cv-00028-RWS |

## ORDER APPROVING SETTLEMENT

The foregoing Consent Motion to Approve Settlement was read and considered, and it appears upon hearing based on the record and facts set out in the Motion that said settlement is fair, reasonable, and just, that the same is made in good faith and will be in the best interest of the said Minor.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs are hereby authorized to consummate said settlement as prayed in said Motion and to execute any and all agreements, receipts, releases, or other documents shall constitute the full, final, and complete settlement of any and all actions, cases of action, claims or demands which the above-named Minor may have

against those parties to the settlement named in the Motion as fully and completely as if said Minor had executed said agreements, receipts, releases, or other documents individually.

IT IS FURTHER ORDERED that the Plaintiff is hereby authorized to pay all fees and expenses as shown below:

a. Gross Settlement $95,000.00
b. Expenses:
   1. Attorney's fees: $38,000.00
   2. Firm copy costs: $ 250.00
   3. Expenses of litigation: $ 2,272.14

   | | |
   |---|---|
   | Filing Fee: Hall County Clerk of Court | $215.00 |
   | Service Fee: Gwinnett County Sheriff | $ 50.00 |
   | Service Fee: Pine Co, Arizona Sheriff | $100.00 |
   | Deposition transcript David Morgan | $624.60 |
   | Deposition transcript Jacob Morgan | $373.35 |
   | Deposition transcript Angie Morgan | $694.80 |
   | Medical Records NEGMC | $138.24 |
   | Medical Records NEGA Plastic Surgery Center | $ 59.65 |
   | Hall County Clerk/Medical Records Gainesville Emergency Services | $ 16.50 |

   4. Medical expenses now due:
      Georgia Dept. of Community Health $3,791.27
      Potential reduction
   5. Cost of Annuity, if any: $
   6. Hall Probate Court (estimated) $ 350.00
   7. Net Amount to Structured Settlement $50,336.59

SO ORDERED this 18th day of Jan, 2022.

Richard W. Story
United States District Judge

Consented to by:

| WEAVER LAW FIRM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| /s/ Daniel L. Parr, Sr. | /s/ Parks K. Stone* |
| Daniel L. Parr, Sr. | Parks K. Stone |
| Weaver Law Firm | (*Signed With Express Permission By DLP) |
| GA Bar No: 564654 | Georgia Bar No. 547930 |
| P.O. Box 414 | Lawrence Lee Washburn IV |
| Gainesville, GA 30501 | Georgia Bar No. 562374 |
| (770) 503-1582 | Telephone: (470) 419-6650 (Main) |
| dan@weaverlawfirmga.com | Facsimile: (470) 419-6651 |
| *Attorney for Plaintiffs* | parks.stone@wilsonelser.com |
| | lee.washburn@wilsonelser.com |
| | *Counsel for Defendant* |
| | *DICK'S SPORTING GOODS, INC.* |

| SWIFT, CURRIE, McGHEE & HIERS, LLP | Leahy, Eisenberg & Fraenkel, LTD. |
|---|---|
| /s/ Ashley C. Webber* | /s/ Thomas Gamache* |
| Ashley C. Webber | Thomas A. Gamache (*pro hac vice*) |
| (*Signed With Express Permission By DLP) | (*Signed With Express Permission By DLP) |
| Georgia Bar No. 083593 | 33 West Monroe, Suite 1100 |
| Suite 300, The Peachtree | Chicago, IL 60603 |

<table>
<tr><td>

1355 Peachtree Street, N.E.
Atlanta, GA 30309-3231
404-874-8800 (ph)
404-888-6199 (fax)
ashley.webber@swiftcurrie.com
*Counsel for Defendant
PRECISION SHOOTING
EQUIPMENT, INC. d/b/a PSE
ARCHERY*

</td><td>

Tel: (312) 368-4554
Fax: (312) 368-4562
djo@lefltd.com
*Counsel for Defendant
PRECISION SHOOTING
EQUIPMENT, INC. d/b/a PSE
ARCHERY*

</td></tr>
</table>